IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11211
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

RODGER LYNN EDGE,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CR-194-R
- - - - - - - - - -
June 27, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Rodger Lynn Edge, #26523-080, seeks in forma pauperis (IFP) status to appeal the district court's dismissal of his 28 U.S.C. § 2255 motion.  Edge's challenge to the restitution portion of his sentence is not within the scope of § 2255 because it raises a nonconstitutional issue that could have been raised on direct appeal.  See United States v. Vaughn, 955 F.2d 367, 368 (5th Cir.

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

1992); <u>United States v. Capua</u>, 656 F.2d 1033, 1037 (5th Cir.
1981).

Having reviewed the record and the relevant law, we DENY the
motion for IFP because this appeal does not involve legal points
arguable on their merits.  <u>Jackson v. Dallas Police Dep't</u>, 811
F.2d 260, 261 (5th Cir. 1986).  Thus, the appeal is frivolous and
is DISMISSED.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 219-20 (5th Cir.
1983); 5th Cir. R. 42.2.  We caution Edge that any additional
frivolous appeals filed by him will invite the imposition of
sanctions.  To avoid sanctions, Edge is further cautioned to
review any pending appeals to ensure that they do not raise
arguments that are frivolous because they have been previously
decided by this court.

MOTION FOR LEAVE TO PROCEED IFP DENIED. APPEAL DISMISSED.
SANCTIONS WARNING ISSUED.